**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALICIA MURPHY | : | CIVIL ACTION NO.: 3:26-CV-731 |
| VS. | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : | MAY 13, 2026 |
| | : | |

## NOTICE OF REMOVAL

TO:   UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Defendant State Farm Fire and Casualty Company ("Defendant" or "State Farm") hereby provides notice of the removal of this action to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1332 and 1441, based on diversity jurisdiction. Removal is appropriate in light of the following:

1. Defendant first received notice of this civil action on or about April 13, 2026 when the Complaint was sent to State Farm's agent, CSC. On April 14, 2026, the plaintiff Alicia Murphy ("Plaintiff") filed this civil action against Defendant in the Superior Court of Connecticut, Judicial District of Bridgeport, designated as Docket No. FBT-CV26-6158819-S. A copy of the Summons, Complaint, and Statement of Amount in Demand are attached hereto as **Exhibit A** pursuant to 28 U.S.C. § 1446(a).

2. This Court has diversity jurisdiction over this matter, pursuant to pursuant to 28 U.S.C. § 1332. Plaintiff is a citizen of the state of Connecticut, and Defendant is a foreign corporation and has its principal place of business in the State of Illinois. The amount in controversy exceeds the value of $75,000 because Plaintiffs claim breach of contract property damage to a home, bad faith, and both CUTPA and CUIPA violations

Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103



Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

which allow for punitive damages and attorney's fees. Accordingly, pursuant to 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a), this Notice of Removal has been timely filed within thirty (30) days after service of process was made on Defendant.

3.   The Superior Court of Connecticut, Judicial District of Stamford, is located within the District of Connecticut. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4.   In the first count of her Complaint, the Plaintiff alleges breach of contract.

5.   In the second count of her Complaint, the Plaintiff alleges violations of the Connecticut Unfair Insurance Practices Act ("CUIPA"), C.G.S. §§38a-815 *et seq*. and the Connecticut Unfair Trade Practices Act ("CUTPA"), C.G.S. §§42-110 *et seq*.

6.   In the third count of her Complaint, the Plaintiffs allege breach of the implied covenant of good faith and fair dealing (bad faith).

7.   This action is properly removable because the United State District Court has diversity jurisdiction under 28 U.S.C. § 1332, as the parties are citizens of different states and the amount in controversy exceeds $75,000. The Plaintiff has claimed monetary damages of an unspecified amount exceeding $15,000 but has also claimed punitive damages and attorney's fees, which if successful, would likely exceed the jurisdictional monetary threshold.

8.   Defendant has not filed a responsive pleading in the State Court action.

9.   Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal have been served on all adverse parties and upon the Clerk of the State Court.



Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

10. By removing this matter, Defendant does not waive or intend to waive any available defenses.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Superior Court of Connecticut, Judicial District of Stamford, to the United States District Court for the District of Connecticut.

DEFENDANT
STATE FARM FIRE AND CASUALTY
COMPANY

By  */s/ Kevin J. Greene*
    Kevin J. Greene
    Federal Bar No.: ct16742
    Halloran & Sage LLP
    225 Asylum Street
    One Goodwin Square
    Hartford, CT 06103
    Phone: 860-522-6103
    Fax: 860-548-0006
    greene@halloransage.com

-3-


HALLORAN
SAGE

Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

## <u>CERTIFICATION</u>

I hereby certify that a copy of the above was mailed or electronically delivered on this 13th day of May, 2026 to all counsel and pro se parties of record and that written consent for electronic delivery was received from all counsel and pro se parties of record who were electronically served.

Brianna K. Robert, Esq.
Biller, Sachs, & Robert
46 S. Whittlesey Avenue
Wallingford, CT 06492
brobert@billerlawgroup.com
*Attorney for Plaintiffs*

/s/ Kevin J. Greene
Kevin J. Greene
greene@halloransage.com



Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105